UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/09

ROSHELLE BILLUPS,

                    Plaintiff,

-v-

CITY OF NEW YORK, ET AL,

                    Defendant,

No. 08 Civ. 10954 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Upon consent of all counsel, IT IS HEREBY ORDERED, that the conference previously scheduled by this Court for April 22, 2009 at 9:00am is hereby adjourned to April 29, 2009 at 3:00 p.m.

Dated:      April 20, 2009
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE